■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUCY ALLUMS, Appellant. [598 NYS2d 738] —Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.) rendered July 30, 1991, convicting her of

assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant Lucy Allums was one of three women who took part in a concerted attack on the victim *(see, People v Allums,* 193 AD2d 688 [decided herewith]; *People v Brown,* 193 AD2d 691 [decided herewith]). We have examined her two arguments, both related to an alleged inconsistency in the verdict sheet, and find them to be without merit *(see, People v Allums, supra).* Bracken, J. P., Lawrence, Eiber and Pizzuto, JJ., concur.